-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTINE OWENS,

        Plaintiffs,

   -v-

ADAM MARCH, et al.,

        Defendants.

15-CV-0294C
ORDER



---

    Plaintiff, Christine Owens, who has been granted permission to proceed *in forma pauperis* (Docket No. 3), has filed an amended complaint and submitted amended summonses for service on the defendants.

    IT IS HEREBY ORDERED that the Clerk of the Court is directed to cause the United States Marshals Service to serve the Amended Summons and Amended Complaint upon the defendants named herein without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

    SO ORDERED.

DATED:   6/9, 2015
Buffalo, New York

                                JOHN T. CURTIN
                                United States District Judge